UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Bankruptcy # **16-15147 jkf**                                  Date:   1/16/2018

In re:      Peter F. Kitsch                            To:      **ALAINE V. GRBACH**
                                                                675 Estelle Drive
                                                                Lancaster, PA 17601

## NOTICE OF INACCURATE FILING

*RE:*   Docket Entries # 22  and  # 35 :

Debtor Education Financial Management Course Certificate  filed by ALAINE V. GRBACH on behalf of Debtor Peter F. Kitsch.

The above pleadings were electronically filed on  12/10/2016  and  1/09/2017.
Please be advised that the documents filed contain a deficiency as set forth below:

( )     Debtor's name does not match case number

( )     Debtor's name and/or case number is missing

(X)     Wrong PDF document(s) attached.

( )     PDF document blank or not legible

( )     Notice of Motion/Objection

( )     Electronic Signature missing

(X)     *Other*   -   The PDFs attached to these entries are duplicates of the Debtor's
                     Certificate of Credit Counseling *(which was previously filed on 7/20/2016)*.

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

                                                                Timothy B. McGrath
                                                                Clerk of Court

                                                                By:  **John B.**
                                                                Deputy Clerk

CM-ECF 14 day notice.frm