United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 16-15147-jkf
Peter F. Kitsch                                           Chapter 13
Peter F. Kitsch
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 2            Date Rcvd: Apr 12, 2019
                              Form ID: 138NEW         Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
```
db            +Peter F. Kitsch,    MAILING ADDRESS,    PO Box 82,    Lampeter, PA 17537-0082
db            +Peter F. Kitsch,    6 Blueberry Circle,    Lancaster, PA 17602-1633
13878099      +Alaine V. Grbach,    675 Estelle Drive,    Lancaster  PA 17601-2129
13824440      +Alaine V. Grbach,    675 Estelle Drove,    Lancaster  PA 17601-2129
13763193      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
13763195      +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
13763196      +KML LAW GROUP, P.C.,    SUITE 5000 BNY MELLON INDEPENDENCE CENTE,    701 MARKET STREET,
               Philadelphia, PA 19106-1538
13806738      +Lancaster Area Sewer Authority,    c/o Frank P. Mincarelli, Esquire,    28 Penn Square,
               Lancaster   PA 17603-4297
13763199       Pa Housing Finance Agency,    c/o Brian C. Nicholas, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Harrisburg, PA 17105
13787725      +Suburban Lancaster Sewer Authority,    c/o Frank P. Mincarelli, Esquire,    BLAKINGER THOMAS, PC,
               28 Penn Square,    Lancaster, PA 17603-4297
13763201      +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
               Minneapolis, MN 55440-9475
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Apr 13 2019 03:03:39     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2019 03:02:54
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 13 2019 03:03:21     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13763192      +E-mail/Text: ally@ebn.phinsolutions.com Apr 13 2019 03:02:17     Ally Financial,
               Po Box 380901,    Bloomington, MN 55438-0901
13776756       E-mail/Text: ally@ebn.phinsolutions.com Apr 13 2019 03:02:17     Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
13763194      +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Apr 13 2019 03:04:07     Collection Center,
               Attn Collections/Bankruptcy,    Po Box 8666,    Lancaster, PA 17604-8666
13763198      +E-mail/Text: kspon@lasa.org Apr 13 2019 03:02:27     LASA,    130 CENTERVILLE ROAD,
               Lancaster, PA 17603-4087
13916543      +E-mail/Text: blegal@phfa.org Apr 13 2019 03:03:08     PENNSYLVANIA HOUSING FINANCE AGENCY,
               211 North Front Street,    Harrisburg, PA 17101-1406
13763200       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2019 03:14:03
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13821810       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2019 03:14:49
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14285617      +E-mail/Text: philadelphia.bnc@ssa.gov Apr 13 2019 03:03:19     SOCIAL SECURITY ADMINISTRATION,
               1809 OLDE HOMESTEAD LANE,    SUITE 104,    LANCASTER  PA 17601-5957
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13763197        Lancster Drs
cr*           +Suburban Lancaster Sewer Authority,    c/o Frank P. Mincarelli, Esquire,    Blakinger Thomas, PC,
               28 Penn Square,    Lancaster, PA 17603-4297
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John              Page 2 of 2            Date Rcvd: Apr 12, 2019
                              Form ID: 138NEW         Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Peter F. Kitsch avgrbach@aol.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              FRANK P. MINCARELLI    on behalf of Creditor   Suburban Lancaster Sewer Authority
               fpm@blakingerthomas.com,  pds@blakingerthomas.com;slk@blakingerthomas.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Peter F. Kitsch

    Debtor(s)

Bankruptcy No: 16–15147–jkf
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                  For The Court
                  Timothy B. McGrath
                  Clerk of Court

Dated: 4/12/19

                  59 – 58
                  Form 138_new